IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ROBERT J. BIXLER,              )
                               )
          Plaintiff,           )        8:10CV375
                               )
     v.                        )
                               )
BNSF RAILWAY COMPANY,          )        ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the stipulation, motion and order of dismissal (Filing No. 18). The Court finds the stipulation should be approved and adopted and the motion granted. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted.

2) The motion is granted; this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 3rd day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court